**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Josephine Ngaruiya,

Plaintiff,

v.

Deutsche Bank, Arizona Department of Housing, Quality Loan Service Corporation, McCarthy & Holthus LLP, Select Portfolio Services, Jaspreet Gill, and Does 1-50,

Defendants.

No. CV-26-01331-PHX-JAT

**ORDER**

On March 13, 2026, this Court dismissed the complaint in this case and gave Plaintiff leave to amend. (Doc. 7). On April 7, 2026, this Court dismissed the amended complaint and gave Plaintiff leave to amend. (Doc. 16). Between those two Orders, the Court spent 15 pages explaining to Plaintiff how to file a complaint that complies with Federal Rule of Civil Procedure 8.

The April 7, 2026 Order concluded: "IT IS ORDERED that the amended complaint (Doc. 15) is dismissed. Plaintiff has 30 days from the date of this Order to file a second amended complaint. If Plaintiff fails to file a second amended complaint within this deadline, the Clerk of the Court shall enter judgment dismissing this case…." (Doc. 16 at 8). Over 30 days have elapsed and Plaintiff has not filed a second amended complaint. Accordingly,

/ / /

**IT IS ORDERED** that the Clerk of the Court shall enter judgment dismissing this case for the reasons stated in previous orders.

Dated this 14th day of May, 2026.

James A. Teilborg
Senior United States District Judge